IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH GUARRASI,<br>    Plaintiff<br>        v.<br><br>COUNTY OF BUCKS, *et al.*,<br>    Defendant | CIVIL ACTION<br><br>NO. 10-1879 |

**Order**

AND NOW, this 28th day of March 2011, upon consideration of the motions to dismiss filed by defendant Cuba (Doc. 22), defendant Hower (Doc. 29), defendant Zartman (Doc. 52), defendant Borough of Hatboro (Doc. 56), and defendant Montgomery County (Doc. 57); the joint motion to dismiss or, in the alternative, for more definite statement by defendants County of Bucks, Kerner, McAteer, Carroll, Gibbons, McDonough, Gorman, Lachman Mosiniak, and Walp (Doc. 24); and the memoranda in support of the motions, as well as Guarrasi's responses thereto,

**IT IS HEREBY ORDERED** that:

(1) plaintiff's claims for violations of the Pennsylvania Constitution are hereby **DISMISSED** without prejudice.

(2) the above-mentioned motions to dismiss are **GRANTED** and defendants Cuba, Hower, Zartman, Borough of Hatboro, County of Montgomery, County of Bucks, Kerner, McAteer, Carroll, Gibbons, McDonough, Gorman, Lachman Mosiniak, and Walp are dismissed as parties to this action.

(3) the stay of discovery entered by order dated November 2, 2010, is lifted.

(4) the complaint having been filed on July 1, 2010, and defendants Mather, Hegele,

Samios, and Fryling having not yet been served, plaintiff shall make service upon said defendants and file proof of service with Clerk within sixty days of the sate hereof or said defendants will be dismissed as parties to this action without further notice to plaintiff.

    (5) the complaint having been filed on July 1, 2010, plaintiff shall identify the John Doe and Jane Doe defendants by correct name, make service upon them, and file a proof of service with Clerk, within sixty days of the date hereof or said defendants will be dismissed as parties to this action without further notice to the plaintiff.

    s/ William H. Yohn, Jr., Judge
    William H. Yohn, Jr., Judge