# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH GUARRASI,<br>　　Plaintiff<br>　　　v.<br><br>COUNTY OF BUCKS, *et al.*,<br>　　Defendant | CIVIL ACTION<br><br>NO. 10-1879 |

**Order**

AND NOW, this 6th day of April 2011, upon consideration of the motion to dismiss filed by defendant Thomas G. Gambardella (Doc. 63), the memorandum in support of the motion, and Guarrasi's response thereto, **IT IS HEREBY ORDERED** that:

(1) Guarrasi's claims for violations of the Pennsylvania Constitution are hereby **DISMISSED** without prejudice.

(2) the motion to dismiss is **GRANTED** and Thomas G. Gambardella is dismissed as a party to this action.

　　　　　　　　　　　　　　　　　　　　　　 s/ William H. Yohn, Jr.
　　　　　　　　　　　　　　　　　　　　　　William H. Yohn, Jr., Judge